LEW MORRIS, Appellant, *v.* GUSTAV A. MEZGER, Respondent.

Submitted May 16, 1949; decided May 26, 1949.

*Henry Cohen* and *George J. Rudnick* for motion.

*Alfred S. Julien, Jerome K. Soffer* and *Nathan Grossgold* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered on the order of the Appellate Division.